# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY GREENE-LEWIS,<br><br>　　　　　　Defendant. | Case No.: 2:13-cr-051-JAD-CWH<br><br>**Order**<br>**(RE: #261)** |

　　　　Good cause appearing, and as the Government has stated it does not oppose the request,[1] IT IS HEREBY ORDERED that Defendant's Motion to Correct Presentence Investigation Report Consistent with Objections and Exceptions to Proposed Presentence Investigation Report Filed September 23, 2014, **(Doc. 261) is GRANTED**. The Presentence Investigation Report shall be amended consistent with the objections and exceptions. Counsel is directed to provide a copy of this order to the Probation Office.

　　　　DATED February 18, 2015.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 262.