Form 12 - Travel
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

Name of Offender: **Jeremy Greene-Lewis**

Case Number: **2:13CR00051**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **October 1, 2014**

Original Offense: **Conspiracy to Manufacture a Controlled Substance-Marijuana**

Original Sentence: **21 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 19, 2016**

## SUMMARY

On July 13, 2017, Mr. Jeremy Greene-Lewis submitted a travel request for a Caribbean Cruise to the Bahamas, from August 25, 2017 to September 7, 2017. The purpose of the trip is for a family vacation with his parents. Mr. Greene-Lewis will be traveling via plane to Houston, Texas where he will board the Royal Caribbean Cruise ship to the Bahamas. Mr. Greene-Lewis plans to travel with his girlfriend and parents for the duration of the trip.

Currently, Mr. Greene-Lewis is in compliance with his conditions of supervision. The Probation Office respectfully requests that Mr. Greene-Lewis be permitted to travel to the Caribbean on the aforementioned dates. Mr. Greene-Lewis is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

Respectfully submitted,

Joe Nilo
United States Probation Officer

RE: Jeremy Greene-Lewis

Form 12 - Travel
D/NV Form
Rev. June 2014
Approved:

*Niquita M. Loftis* — Niquita M. Loftis 2017.07.21 08:21:02 -07'00'

Niquita Loftis
Supervisory United States Probation Officer

## THE COURT ORDERS

☑ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

_____
Signature of Judicial Officer

7/24/2017
_____
Date